IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


DEMETRIUS HILL,                    :
                                   :
            Petitioner             :
                                   :
      v.                           :    CIVIL NO. 4:CV-13-1087
                                   :
DHO JORDAN,                        :    (Judge Brann)
                                   :
            Respondent             :

## ORDER

November 13, 2014


In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:


1.     The petition for writ of habeas corpus is **DENIED**.

2.     The Clerk of Court is directed to **CLOSE** the case.


BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1